[No. 9765-6-II. Division Two. November 18, 1987.]

PAULA E. BROOKS, *Appellant*, v. FIRST COMMUNITY BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83-2-00874-1, Paula Casey, J., entered April 7, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[No. 10330-3-II. Division Two. November 18, 1987.]

*In the Matter of the Welfare of* H.K.H., ET AL.

Appeal from a judgment of the Superior Court for Pierce County, No. 161088, Paul M. Boyle, J. Pro Tem., entered September 15, 1986. *Affirmed in part, vacated in part,* and *remanded* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10196-3-II. Division Two. November 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK E. EVANGELISTA, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00290-6, David E. Foscue, J., entered July 7, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 9873-3-II. Division Two. November 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GWENDOLYN STAR JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85-1-00891-0, James D. Ladley, J., entered April 10, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.